UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR PALO, | No. 2:14-cv-01383-MCE-CKD |
| Plaintiff, | |
| v. | **ORDER** |
| BRYAN BOEHRER, et al., | |
| Defendants. | |

The court has received the Notice of Related Cases concerning the above-captioned cases filed July 28, 2014. See E.D. Cal. Local Rule 123. The Court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so. This order is issued for informational purposes only, and shall have no effect on the status of the case.

IT IS SO ORDERED.

Dated: August 18, 2014

MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

1