UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR PALO, | No. 2:14-cv-01383-MCE-CKD |
| Plaintiff, | |
| v. | ORDER |
| BRYAN BOEHRER, et al., | |
| Defendants. | |

The parties, through their respective counsel, have reached a resolution of the above-entitled matter, and have requested that the Court dismiss the instant action. The complaint is hereby DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs, and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: November 18, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1